**Berry Kiel MASELLE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–71089.**

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 29, 2009.

Jaehoh Suh, Esquire, Law Office of Jaehoh Suh, Van Nuys, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of The District Counsel Department of Homeland Security, Los Angeles, CA, Saul Greenstein, Esquire, Trial, OIL, Luis E. Perez, Esquire, Linda S. Wendtland, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of The District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Berry Kiel Maselle, a native and citizen of South Africa, petitions for review of the Board of Immigration Appeals' order affirming an immigration judge's order of removal. We have jurisdiction pursuant to

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

8 U.S.C. § 1252. We review de novo questions of law, *Morales–Alegria v. Gonzales,* 449 F.3d 1051, 1053 (9th Cir.2006), and we deny the petition for review.

Maselle's contention that a conviction under Cal.Penal Code § 422 does not categorically constitute a crime of violence is foreclosed by *Rosales–Rosales v. Ashcroft,* 347 F.3d 714, 717 (9th Cir.2003).

Maselle's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**